Kenneth A. Feinswog (California Bar No. 129562)
400 Corporate Pointe, Suite 300
Culver City, CA 90230
kfeinswog@gmail.com
Telephone: (310) 846-5800

Attorney for Plaintiffs

# IN UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSURT, LLC and PEARL JAM, LLC, | CIVIL CASE NO. |
| Plaintiffs, | |
| v. | **NOTICE OF** **INTERESTED PARTIES** |
| VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES | |
| Defendants. | |

The undersigned, counsel for Plaintiffs, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representatives are made to enable the Court to evaluate possible disqualifications or recusal.

Plaintiff TSURT, LLC and Plaintiff PEARL JAM, LLC.

There are no corporate parents, affiliates and/or subsidiaries of said parties that are publicly held.

Dated:  May 2, 2024                    Respectfully Submitted,


                                       /s/Kenneth A. Feinswog

                                       Kenneth A. Feinswog
                                       Attorney for Plaintiffs
                                       400 Corporate Pointe, Suite 300
                                       Culver City, CA  90230
                                       (310) 846-5800
                                       kfeinswog@gmail.com