Kenneth A. Feinswog (California Bar No. 129562)
400 Corporate Pointe, Suite 300
Culver City, CA 90230
kfeinswog@gmail.com
Telephone: (310) 846-5800

Attorney for Plaintiffs

# IN UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSURT, LLC and PEARL JAM, LLC, | CIVIL CASE NO. |
| Plaintiffs, | **NOTICE OF RELATED CASE** |
| v. | |
| VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES | |
| Defendants. | |

Plaintiffs respectfully notify the Court that this matter is related to a previous case that was before Judge Christina A. Snyder namely, *Phish, Inc. v. Various John Does, Jane Does and ABC Companies*, Civil Action No. 2:18-cv-06185-CAS (the "Prior Case") which pertained to the sale of infringing merchandise on the 2018 concert tour of the musical group known as PHISH by unidentified vendors outside concert venues.

1

This case is related to the Prior Case pursuant to Local Rule 83-1.3 because this case involves the sale of unauthorized merchandise of the musical group known as PEARL JAM. at concerts by unidentified vendors outside concert venues.

This case calls for determination of the same or substantially related or similar questions of law and fact as the Prior Case because: both cases involve the sale and distribution of illegal, unlicensed merchandise at musical performances; and Plaintiffs in this case are seeking the same relief as the plaintiffs sought in the Prior Case which is an *ex parte* temporary restraining order and seizure order regarding the sale and distribution of unlicensed merchandise outside concert venues.

Therefore, Plaintiffs respectfully supply notice, pursuant to Local Rule 83-1.3, that this case is related to the Prior Case.

Dated: May 2, 2024                    Respectfully Submitted,

/s/Kenneth A. Feinswog

Kenneth A. Feinswog
Attorney for Plaintiffs
400 Corporate Pointe, Suite 300
Culver City, CA  90230
(310) 846-5800
kfeinswog@gmail.com