**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| TSURT LLC et al | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 2:24-cv-03635-JFW-PVCx |
| v. | |
| Various John Does et al | ORDER RE TRANSFER (RELATED CASES) |
| DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

**TRANSFER ORDER DECLINED**

_____          _____
Date                              United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

As an initial matter, Phish, Inc. v. Various John Does et al. was terminated in February 2016, before the Court expended substantial labor on the case. Moreover, TSURT LLC et al. v. Various John Does et al. appears to have no relationship to the Court's earlier case. While both cases involve claims for trademark infringement, they concern different trademarks, parties, and events, and involve different counsel. Thus, the Court declines to transfer TSURT LLC et al. to its calendar.

May 10, 2024                     /s/ Christina A. Snyder
Date                              United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case    2:15-cv-05455-CAS-JCx    and the present case:

☒ A.  Arise from the same or closely related transactions, happenings or events; or

☒ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☒ *Previous Judge*    ☐ *Statistics Clerk*