1  Kenneth A. Feinswog (California Bar No. 129562)
2  400 Corporate Pointe, Suite 300
   Culver City, CA 90230
3  kfeinswog@gmail.com
4  Telephone: (310) 846-5800

5  Attorney for Plaintiffs

6
7              **IN UNITED STATES DISTRICT COURT**

8            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9  _____

10 | TSURT, LLC and PEARL JAM, LLC, | ) CIVIL CASE NO.
   |                                | ) **2:24-cv-03635-JFW-PVC**
11 |                                | )
12 |         Plaintiffs,            | )
   |                                | )
13 |                                | ) **NOTICE OF DISMISSAL**
   |                                | ) **WITHOUT PREJUDICE**
14 |         v.                     | )
   |                                | )
15 |                                | )
   |                                | )
16 | VARIOUS JOHN DOES, JANE DOES and| )
17 | ABC COMPANIES                  | )
   |                                | )
18 |         Defendants.            | )
   |                                | )
19 |_____| )

20
21
22
23
24
25
26
27
28

1

Please take notice that Plaintiffs hereby dismiss the above-referenced action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: May 13, 2024                                   Respectfully submitted,

                                                      S/Kenneth A. Feinswog
                                                      Kenneth A. Feinswog, Esq.
                                                      Attorney for Plaintiffs
                                                      400 Corporate Pointe, Suite 300
                                                      Culver City, CA  90230
                                                      Telephone:  310-846-5800
                                                      Email:  kfeinswog@gmail.com